AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Don Alexander,
*Appellant*
v.                                              Civil Action No.      1:12-2265-JMC

Barnwell County Hospital,
*Appellee*

### JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the appeal of the Bankruptcy Court's Order confirming the Debtor's First Amended Plan for Adjustment of Debts pursuant to Chapter 9 of the US Bankruptcy code is dismissed as moot.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The court having granted the Appellee's motion to dismiss and dismissing as moot.

Date:   September 13, 2013                          *CLERK OF COURT*

                                                     s/Angie Snipes
                                            _____
                                            *Signature of Clerk or Deputy Clerk*